UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00046 |
| | ) | JUDGE CAMPBELL |
| STEPHEN McLAUGHLIN | ) | |

ORDER

The pretrial conference and/or change of plea scheduled for January 25, 2013, at 1:00 p.m. is RESCHEDULED for January 25, 2013, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE